UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE HAYES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOSTON PUBLIC HEALTH COMMISSION )<br>and BARBARA FERRER, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 11-cv-11859-MLW |

### JOINT MOTION FOR PLEADINGS SCHEDULE

The parties jointly move that the Court order that the initial pleadings in this matter be due for filing as follows:

- Plaintiff's amended complaint be due on or before September 21, 2012.

- Defendants' answer or other response be due on or before October 12, 2012.

As grounds for this motion, the parties state that they have not reached agreement to mediate this case at this juncture. The parties agree that this motion is in the interests of justice and fair play and that no party will be prejudiced by it.

WHEREFORE, the parties respectfully request that the Court order that the Plaintiff's amended complaint be due on or before September 21, 2012, and that the Defendants' answer or other response be due on or before October 12, 2012.

*This motion v Moot*

*WoY. D.J*

*Jan. 10, 2013*